UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:06CR10 |
| | ) | |
| vs. | ) | **ORDER TO DESTROY EVIDENCE** |
| | ) | |
| 1)BRUCE LEE RICHARDSON | ) | |
| 2)ALBERTO ALEMAN | ) | |
| 3)ORESTES ROGNAR ALEMAN | ) | |


**THIS MATTER** is before the Court on the Government's motion for destruction of evidence seized herein.

For the reasons stated in the Government's motion and for cause shown, the Court finds that the evidence, specifically described in Attachment 1 to the Government's motion and currently in the possession of the Federal Bureau of Investigation, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**, and the evidence listed in Attachment 1 to the Government's motion shall be destroyed in accordance with the usual procedure for the destruction of such evidence.

Signed: August 5, 2009

Lacy H. Thornburg
United States District Judge