# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:06-cr-00010-MR-DLH-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| BRUCE LEE RICHARDSON. | ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion for Reconsideration Pursuant to Federal Rule of Civil Procedure 59(e)" [Doc. 105].

The Defendant moves, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, for reconsideration of the Order denying his Motion to Compel [Doc. 104].

The Defendant's motion for reconsideration is denied. First, Rule 59(e) is not applicable to this criminal proceeding. See United States v. Jenkins, No. 3:99CR21, 2006 WL 1168917, at *1 (W.D.N.C. Apr. 27, 2006). Even if reconsideration of this Order were proper, however, the Court finds no basis in law or fact to alter its prior Order.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Reconsideration Pursuant to Federal Rule of Civil Procedure 59(e)" [Doc. 105] is **DENIED**.

**IT IS SO ORDERED.**

Signed: December 2, 2013

Martin Reidinger
United States District Judge