IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
2:06 CR 10 MR WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRUCE LEE RICHARDSON | ) | |
| | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 140) filed by Elizabeth A. Blackwood. The Motion indicates that Ms. Blackwood, a member in good standing of the Bar of this Court, is local counsel for Bruce Lee Richardson and that she seeks the admission of Eda Katharine Tinto, who the Motion represents as being a member in good standing of the Bar of the State of California. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 140) and **ADMITS** Eda Katharine Tinto to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 20, 2021

W. Carleton Metcalf
United States Magistrate Judge